UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ABRAHAM, et al., <br><br> Plaintiffs, <br> v. <br> SUPER BUY TIRES INC., et al., <br><br> Defendants. | Civil No. 05cv1296-B (NLS) <br><br> **ORDER INSTRUCTING DEFENDANT PLAYER WIRE WHEELS LTD TO SERVE ITS COUNSEL WITH A COPY OF THE CONFIDENTIAL STATEMENT PREVIOUSLY SUBMITTED TO THE COURT FOR *IN CAMERA* REVIEW** |

On December 1, 2006, Vakili & Leus LLP and Lewis, Brisbois, Bisgaard & Smith LLP filed an *Ex Parte* Application to withdraw as counsel for defendant Player Wire Wheels LTD ("PWW"), citing a breakdown of the attorney-client relationship [Doc. No. 88]. Counsel for PWW served an un-redacted copy of the *Ex Parte* Application on its client, and at the Court's direction served a redacted copy of the application on Plaintiffs' counsel. (*See Proof of Service attached to Defense Counsel's Ex Parte Application*, Doc. No. 88-2, executed December 1, 2006.) On December 5, 2006, pursuant to the Court's request, an authorized representative of Player Wire Wheels LTD submitted a written opposition directly to the Court for *in camera* review. In its submission to the Court, PWW unequivocally opposed its counsel's request to withdraw from representation. On December 12, 2006, the Court denied the application to withdraw [Doc. No. 94]. On December 16, 2006, defense counsel contacted the Court to request a copy of its client's submission to the Court.

/ / /

/ / /

Good cause appearing, **IT IS HEREBY ORDERED THAT** Player Wire Wheels shall provide a copy of the written statement of opposition previously submitted to the Court for *in camera* review directly to its counsel.

**IT IS SO ORDERED**.

DATED:  December 18, 2006

Hon. Nita L. Stormes
U.S. Magistrate Judge