UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ABRAHAM, an individual, JAMES D. GRAGG, an individual, and AMERICAN TRU-SPINNERS, INC., an Oklahoma Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SUPER BUY TIRES, INC., et al.,<br><br>    Defendants. | CASE NO. 05 CV 1296 B (NLS)<br><br>**ORDER PERMITTING JANUARY 18, 2007 DELIVERY OF TANGIBLE THINGS TO JUDGE BREWSTER'S CHAMBERS IN CONJUNCTION WITH THE JANUARY 25, 2007 HEARING ON DEFENDANTS' PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: The Hon. Rudi M. Brewster<br><br>Date: January 25, 2007<br>Time: 2:00 p.m. |

    **Whereas**, Defendants request the Court's permission to lodge and personally deliver certain tangible things to Judge Brewster's chambers on the due date for Defendants' Reply brief (January 18, 2007) and in conjunction with the filing of said Reply brief, for purposes of the hearing on Defendants' pending Motion for Partial Summary Judgment, currently set for January 25, 2006;

    **Whereas**, Defendants agree to remove the tangible things from Judge Brewster's chambers upon request by the Court (presumably after the Court rules on Defendants' pending Motion for Partial Summary Judgment); and

    **Whereas**, the particular items which Defendants desire to lodge and personally deliver to Judge Brewster's chambers on the due date for Defendants' Reply brief (January 18, 2007) are as follows:

-1-

    (1)    Box labeled SBT - 22948, with enclosed wire spinner identified with same Bates number;

    (2)    Box labeled SBT - 22953, with enclosed billet-type spinner identified with same Bates number along with six (6) bags of related parts; and

    (3)    Box labeled PWW - 00670, with enclosed wire spinner labeled "Wheels of India" with permanent marker (bearing same Bates number).

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:**

Defendants may lodge the above-referenced items via personal delivery to Judge Brewster's chambers on the due date for Defendants' Reply brief (January 18, 2007), for purposes of the hearing on Defendants' Motion for Partial Summary Judgment, currently set for hearing on January 25, 2006.

**IT IS SO ORDERED.**

DATED: January 18, 2007

                                         Hon. Rudi M. Brewster
                                         United States Senior District Judge