UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ABRAHAM, et al.,<br><br>          Plaintiffs,<br>v.<br><br>SUPER BUY TIRES INC., et al.,<br><br>          Defendants. | Civil No. 05cv1296-B (NLS)<br><br>**ORDER RE: PLAINTIFFS' EMERGENCY *EX PARTE* APPLICATION & DEFENDANTS' *EX PARTE* APPLICATION TO CORRECT COURT ORDER**<br><br>[Doc. Nos. 113 & 114] |

On February 9, 2007, Plaintiffs in the above-captioned matter filed an Emergency *Ex Parte* Application requesting an order from the Court compelling the deposition of defendant Player Wire Wheels, Ltd.'s Person Most Knowledgeable, Ray Starr [Doc. No. 113]. Plaintiffs request sanctions against Defendants in relation to this matter. Also on February 9, 2007, Defendants filed an *Ex Parte* Application requesting that the Court correct certain factual statements in one of the Court's prior orders, and to modify that order accordingly [Doc. No. 114]. Defendants also request that the Court authorize the postponement of Mr. Starr's deposition due to his current medical condition, and further request a continuance of the March 8, 2007 hearing date on Defendants' Motion to Strike Plaintiffs' Expert Report.

Having reviewed both *Ex Parte* Applications, and all supporting documentation,

**IT IS HEREBY ORDERED THAT**:

    1.    Plaintiffs' *Ex Parte* Application [Doc. No. 113] is **GRANTED IN PART** and Defendants' *Ex Parte* Application [Doc. No. 114] is **DENIED IN PART** to the extent

that Defendant Player Wire Wheels, Ltd.'s Person Most Knowledgeable, Ray Starr, **shall be deposed in Cabo San Lucas, Mexico on *February 13, 2007***;

2. Plaintiffs' *Ex Parte* Application [Doc. No. 113] is **DENIED IN PART** and the Court shall not award sanctions against Defendant Player Wire Wheels, Ltd. at this time;

3. Defendants' *Ex Parte* Application [Doc. No. 114] is **DENIED IN PART** and the Court shall not correct the factual content of its prior order [Doc. No. 111];

4. Defendants' *Ex Parte* Application [Doc. No. 114] is **GRANTED IN PART** and the Court shall modify its prior order [Doc. No. 111] to reflect that Defendant Player Wire Wheels, Ltd. shall be the **sole** party responsible for paying the costs associated with employing a court reporter to transcribe Mr. Starr's deposition testimony in Mexico, as well as the related travel and lodging expenses of the court reporter;

5. Defendants' *Ex Parte* Application [Doc. No. 114] is **GRANTED IN PART** and the March 8, 2007 hearing date on Defendants' Motion to Strike the Expert Report of Scott Dilling [Doc. No. 106-2] shall be **VACATED** and **RESET** on *March 21, 2007* at *10:00 a.m.* in Courtroom "F," 940 Front Street, San Diego, California, 92101. Plaintiffs shall file an opposition to the motion on or before *February 28, 2007* and Defendants shall file a reply, if any, on or before *March 7, 2007*.

**IT IS SO ORDERED**.

DATED: February 9, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge